# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MARTINEZ,<br><br>                Petitioner,<br><br>      v.<br><br>BEN CURRY, Warden,<br><br>                Respondent. | Case No. EDCV 08-1222-RGK (JEM)<br><br>**JUDGMENT** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: November 17, 2010

                                              R. GARY KLAUSNER<br>
                                       UNITED STATES DISTRICT JUDGE